UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Mauser USA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Tom Wilburn, )<br>)<br>Defendant. ) | Civil Action File No.<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, Plaintiff Mauser USA, LLC ("Mauser") hereby files its Certificate of Interested Persons and Corporate Disclosure Statement and states as follows:

1. The undersigned counsel of record for a party to this action certifies that, to counsel's knowledge, the following is a full and complete list of all parties currently in this action, including any parent corporation and publicly held corporation that owns 10% or more of the stock of a party:

    a. Mauser USA, LLC (Plaintiff); and

    b. Tom Wilburn (Defendant).

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a.    MaschioPack North America LLC.

3. To counsel's knowledge, the undersigned certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a.    Todd D. Wozniak (counsel for Plaintiff);

    b.    Keshia M. Tiemann (counsel for Plaintiff); and

    c.    Greenberg Traurig, LLP (counsel for Plaintiff).

Respectfully submitted, this 23rd day of May, 2019.

    */s/ Todd D. Wozniak*
Todd D. Wozniak
Georgia Bar No. 777275
wozniakt@gtlaw.com
Keshia M. Tiemann
Georgia Bar No. 751051
tiemannk@gtlaw.com

**GREENBERG TRAURIG, LLP**
Terminus 200 – Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
*Counsel for Plaintiff Mauser USA, LLC*

ACTIVE 43440850